# Exhibit 1

Int. Cl.: 21

Prior U.S. Cl.: 2

**United States Patent and Trademark Office**  Reg. No. 1,576,430
Registered Jan. 9, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## CAMELBAK

FASTRAK SYSTEMS, INC. (TEXAS CORPORATION)
P.O. BOX 4972
ODESSA, TX 79760

FOR: BACKPACK-STYLE CANTEENS, IN CLASS 21 (U.S. CL. 2).

FIRST USE 12-16-1988; IN COMMERCE 12-16-1988.

SER. NO. 73-797,876, FILED 5-5-1989.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

Int. Cl.: **18**

Prior U.S. Cl.: **3**

Reg. No. **2,098,505**

## United States Patent and Trademark Office

Registered Sep. 23, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## CAMELBAK

FASTRAK SYSTEMS, INC. (TEXAS CORPORATION)
12100 WEST I-20 EAST
ODESSA, TX 79765

FOR: BACKPACKS, KNAPSACKS AND RUCKSACKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 12-16-1988; IN COMMERCE 12-16-1988.

OWNER OF U.S. REG. NO. 1,576,430.

SER. NO. 74-455,063, FILED 11-8-1993.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cls.: 18 and 21

Prior U.S. Cls.: 1, 2, 3, 13, 22, 23, 29, 30, 33, 40, 41, and 50

**United States Patent and Trademark Office**

Reg. No. 3,184,821
Registered Dec. 12, 2006

**TRADEMARK**
PRINCIPAL REGISTER

# CAMELBAK

CAMELBAK PRODUCTS, LLC (DELAWARE LTD LIAB CO)
1310 REDWOOD WAY, SUITE C
PETALUMA, CA 94954

FOR: BACKPACK HYDRATION SYSTEMS CONSISTING OF A PACK, A RESERVOIR, AND A MOUTHPIECE CONNECTED TO THE RESERVOIR BY A TUBE, WAIST PACKS AND WAIST PACK HYDRATION SYSTEMS COMPRISED OF A PACK, A RESERVOIR, AND A MOUTHPIECE CONNECTED TO THE RESERVOIR BY A TUBE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-2000; IN COMMERCE 0-0-2000.

FOR: HYDRATION SYSTEMS COMPRISED OF A DRINKING RESERVOIR, A DRINKING TUBE, A MOUTHPIECE; DRINKING RESERVOIRS FOR HYDRATION SYSTEMS COMPRISED OF A DRINKING RESERVOIR, A DRINKING TUBE, AND A MOUTHPIECE; AND MOUTHPIECES AND CONNECTORS FOR HYDRATION SYSTEMS COMPRISED OF A DRINKING RESERVOIR, A DRINKING TUBE, AND A MOUTHPIECE; BOTTLES SOLD EMPTY; DRINKING FLASKS FOR TRAVELERS; DRINKING VESSELS; PORTABLE BEVERAGE DISPENSERS; PLASTIC BOTTLES SOLD EMPTY; SPORTS BOTTLES SOLD EMPTY; SQUEEZE BOTTLES SOLD EMPTY; BOTTLES HAVING MOUTHPIECES; BOTTLES HAVING BITE-ACTUATED MOUTHPIECES; AND PARTS FOR ANY OF THE AFORESAID BOTTLES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-1-2006; IN COMMERCE 6-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-621,408, FILED 5-2-2005.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY



# CAMELBAK

| | |
|---|---|
| **Reg. No. 4,135,697** | CAMELBAK PRODUCTS, LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered May 1, 2012** | 2000 S. MCDOWELL, SUITE 200<br>PETALUMA, CA 94954 |
| **Int. Cls.: 9 and 25** | FOR: PROTECTIVE CLOTHING; PROTECTIVE WORK GLOVES; PROTECTIVE GLOVES FOR INDUSTRIAL AND MILITARY USE; FIRE-RESISTANT GLOVES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 8-31-2011; IN COMMERCE 8-31-2011. |

FOR: CLOTHING AND SPORTSWEAR, NAMELY, SHIRTS, GLOVES, VESTS, BASELAYER TOPS, CYCLING GARMENTS, NAMELY, SHIRTS AND CYCLISTS' JERSEYS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-31-2011; IN COMMERCE 8-31-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,576,430, 2,098,505, AND 3,184,821.

SN 77-067,406, FILED 12-19-2006.

WILLIAM ROSSMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# CAMELBAK

**Reg. No. 4,656,766**
**Registered Dec. 16, 2014**

**Int. Cls.: 11 and 21**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

CAMELBAK PRODUCTS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2000 S. MCDOWELL, SUITE 200
PETALUMA, CA 94954

FOR: FILTERS FOR DRINKING WATER; WATER PURIFIERS; PORTABLE WATER FILTERS; PORTABLE WATER PURIFIERS; ULTRAVIOLET WATER PURIFIERS; WATER FILTRATION BOTTLES SOLD EMPTY; WATER FILTRATION BOTTLES CONTAINING AN ULTRAVIOLET WATER PURIFIER SOLD EMPTY WATER FILTRATION PITCHERS FOR DOMESTIC USE SOLD EMPTY, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 3-1-2012; IN COMMERCE 3-1-2012.

FOR: PERSONAL FLUID HYDRATION SYSTEMS COMPRISED OF A DRINKING RESERVOIR, A DRINKING TUBE AND A MOUTHPIECE, DRINKING RESERVOIRS FOR HYDRATION SYSTEMS COMPRISED OF A DRINKING RESERVOIR, A DRINKING TUBE, AND A MOUTHPIECE; MOUTHPIECES AND CONNECTORS FOR PERSONAL FLUID HYDRATION SYSTEMS COMPRISED OF A DRINKING RESERVOIR, A DRINKING TUBE AND A MOUTHPIECE; BOTTLES SOLD EMPTY; DRINKING FLASKS FOR TRAVELERS; DRINKING VESSELS; PORTABLE BEVERAGE DISPENSERS; VACUUM BOTTLES; INSULATED WATER BOTTLES SOLD EMPTY; INSULATED SPORTS BOTTLES SOLD EMPTY; PLASTIC BOTTLES SOLD EMPTY; SPORTS BOTTLES SOLD EMPTY; SQUEEZE BOTTLES SOLD EMPTY; BOTTLES HAVING MOUTHPIECES SOLD EMPTY; BOTTLES HAVING BITE-ACTUATED MOUTHPIECES SOLD EMPTY WATER PITCHERS; COFFEE AND TEA MUGS; INSULATED MUGS FOR BEVERAGES; TRAVEL MUGS; VACUUM MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-1-2012; IN COMMERCE 3-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-778,305, FILED 11-13-2012.

LUCY ARANT, EXAMINING ATTORNEY