IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAMELBAK PRODUCTS, LLC,

    Plaintiff,                                       Civil Action No.: 1:20-cv-01544

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 49 | for_our_better_life |
| 13 | WanliFly |
| 47 | iFuture international |

DATED: May 3, 2020                      Respectfully submitted,

                                                   */s/ Keith A. Vogt*
                                                   Keith A. Vogt (Bar No. 6207971)
                                                   Keith Vogt, Ltd.
                                                   111 West Jackson Boulevard, Suite 1700
                                                   Chicago, Illinois 60604
                                                   Telephone: 312-675-6079
                                                   E-mail: keith@vogtip.com

                                                   ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 3, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt